# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 407TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on August 19, 2015, the cause upon appeal to revise or reverse your judgment between

Diagnostic Research Group and John R. Holcomb, M.D., Appellant

V.

Sushma Vora, Appellee

No. 04-15-00029-CV and Tr. Ct. No. 2013-CI-00357

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the interlocutory order of the trial court denying DRG and Dr. Holcomb's motion to dismiss and overruling objections to Dr. Mulroy's expert report is affirmed in part and reversed in part. The cause is remanded for further proceedings consistent with this opinion.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on October 28, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

**BILL OF COSTS**

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-15-00029-CV

**Diagnostic Research Group and John R. Holcomb, M.D.**

**v.**

**Sushma Vora**

(NO. 2013-CI-00357 IN 407TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | RUSSELL AMSBERRY |
| MOTION FEE | $10.00 | E-PAID | CHRISTOPHER DEEVES |
| CLERK'S RECORD | $73.00 | PAID | |
| FILING | $100.00 | E-PAID | MATTHEW EDWARDS |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | MATTHEW EDWARDS |
| INDIGENT | $25.00 | E-PAID | MATTHEW EDWARDS |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | MATTHEW EDWARDS |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

***Court costs in this cause shall be paid as per the Judgment issued by this Court.***

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this October 28, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853